No. 10–9399. BEGAY v. UNITED STATES; and

No. 10–9420. WATCHMAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 10–9514. PANETTI v. TEXAS. Ct. Crim. App. Tex. Certiorari denied. 

No. 10–9516. PETTUS v. UNITED STATES ET AL. C. A. 10th Cir. Certiorari denied.

No. 10–9617. LUKASIEWICZ-KRUK v. GREENPOINT YMCA ET AL. C. A. 2d Cir. Certiorari denied. 

No. 10–10012. SMITH v. CITY OF AIKEN, SOUTH CAROLINA, PUBLIC WORKS ET AL. C. A. 4th Cir. Certiorari denied. 

No. 10–10013. PARKS v. LOWE ET AL. C. A. 4th Cir. Certiorari denied. 

No. 10–10015. MARCOS v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 10–10017. ROUNDS v. CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 10–10018. ISOM v. ARKANSAS (two judgments). Sup. Ct. Ark. Certiorari denied. 

No. 10–10020. GARNETT v. NEVEN, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied. 

No. 10–10025. SUTHERLIN v. OLIVER ET AL. C. A. 6th Cir. Certiorari denied.

No. 10–10026. JONES v. TEXAS. C. A. 5th Cir. Certiorari denied.

No. 10–10028. MONKRES v. CAMPBELL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.